## (May 17, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MARTIN FITZPATRICK, Defendant.— Motion to dismiss indictments and for bail denied on the ground that such motion must be made to the court in which the indictments are pending (see CPL 210.20, 530.40). Application for adjournment of motion denied. Staley, Jr., J. P., Cooke, Kane, Main and Reynolds, JJ., concur.